Present: MCADAM and BISCHOFF, JJ.
Judgment affirmed, with costs.

---

JOHN STEWART, Appellant, *v.* SIMON ARENDT, Respondent.

MOTION by appellant for reargument or for leave to appeal to the Appellate Division.

H. A. Sperry, for motion.

D. P. Mahony, opposed.

*Per Curiam.* For the reasons assigned in Hand v. Rogers, ante page 364, and Lynch v. Sauer, ante page 362, in which opinions were this day filed, the motion will be denied, with $10 costs.

Present: DALY, P. J., MCADAM and BISCHOFF, JJ.
Motion denied, with $10 costs.